**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6626**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

D'ANDRE TORRES,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:92-cr-00153-2)

Submitted: August 24, 2007     Decided: September 7, 2007

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

D'Andre Torres, Appellant Pro Se. Thomas A. O'Malley, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D'Andre Torres appeals the district court's order denying his Motion to Compel the Government to File a Sentence Reduction Motion Pursuant to Rule 35(b), and the court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Torres</u>, No. 3:92-cr-00153-2 (W.D.N.C. Oct. 20, 2006; Apr. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>